172 A.3d 1080

ANTHONY PACE, SR., PLAINTIFF–PETITIONER, AND DIANE PACE, HIS WIFE, PLAINTIFF, v. TOWNSHIP OF NUTLEY, TOWNSHIP OF NUTLEY POLICE DEPARTMENT, LT. KEVIN WATTS, AND POLICE OFFICER GERARD TUSA, DEFENDANTS–RESPONDENTS.

C–264 September Term 2017
079871

November 2, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005310–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.